

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2020

No. 04-20-00433-CV

Eric E. **DELEON-BOLADO**,
Appellant

v.

Lorraine M. **DELEON**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-07162
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

On July 31, 2020, the trial court signed a final, appealable order. A notice of appeal was due on August 31, 2020, and a motion for extension of time to file a notice of appeal was due on September 14, 2020. *See* TEX. R. APP. P. 26.1, 26.3.

On September 4, 2020, after the deadline to file the notice of appeal, Appellant filed a notice of appeal without filing a motion for extension of time to file a notice of appeal. *See generally Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) ("[A] motion for extension of time is necessarily implied when an appellant acting in good faith files a [notice of appeal] beyond the time allowed by Rule [26.1], but *within* the fifteen-day period in which the appellant would be entitled to move to extend the filing deadline under Rule [26.3]." (emphasis added)).

We ORDER Appellant to SHOW CAUSE in writing within TEN DAYS of the date of this order why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 10.5(b) (requirements for a motion for extension of time); *Garcia v. Kastner Farms, Inc.*, 774 S.W.2d 668, 670 (Tex. 1989) (reasonable explanation); TEX. R. APP. P. 42.3(a) (dismissal for want of jurisdiction). If Appellant fails to respond within the time provided, this appeal will be dismissed. *See id.* R. 42.3(c) (dismissal for failure to comply with court order).

_____
Patricia O. Alvarez, Justice

  IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2020.



_____
Michael A. Cruz,
Clerk of Court